# UNITED STATES DISTRICT COURT
## District of Minnesota

Luis Alberto Nava Blanco,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-226 JMB/DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents' Motion to Transfer/Change Venue (Doc. No. 3) is DENIED.

2. Respondents are ORDERED to release Petitioner Luis N. from custody immediately, and in any event no later than 4:00 p.m. CST on January 16, 2026.

3. On or before 11:00 a.m. CT on January 20, 2026, Respondents shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release.

4. To the extent Petitioner seeks relief beyond an order requiring release or an order requiring a bond hearing, the Petition is DENIED.

Date: 1/17/2026

KATE M. FOGARTY, CLERK